# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| MILTON MITCHELL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-417 (MTT) |
| Captain PHELPS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After screening Plaintiff Milton Mitchell's complaint pursuant to 28 U.S.C. § 1915A, United States Magistrate Judge Thomas Q. Langstaff allowed the Plaintiff's First Amendment access-to-courts claims against Defendants Phelps, Arnold, and Johnson to proceed for further factual development. Doc. 7 at 1. The Magistrate Judge recommends that the Plaintiff's Fourteenth Amendment due process claims be dismissed without prejudice. *Id.* The Plaintiff has objected to the Recommendation.[1] Doc. 12. Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed de novo the portions of the Recommendation to which the Plaintiff objects, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 7) is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's First Amendment access-to-courts claims against Defendants Phelps, Arnold, and Johnson shall proceed for further factual development. The

---

[1] The Plaintiff's "objection" is a one-page document that merely recites the relevant law provided in the Recommendation. Doc. 12. The objection contains no substantive argument as to why the recommendation to dismiss his Fourteenth Amendment claims was erroneous. Doc. 12.

Plaintiff's Fourteenth Amendment due process claims are **DISMISSED without prejudice**.

**SO ORDERED,** this 10th day of April, 2018.

S/ Marc T. Treadwell  
MARC T. TREADWELL, JUDGE  
UNITED STATES DISTRICT COURT